UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BOBBY LAMAR FAIRCLOTH, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-133 |
| | ) | |
| CHATHAM COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In January 2018, the Court entered a Scheduling Order, which required the parties to file any motion, other than a motion *in limine*, no later than May 26, 2018, and to file a proposed pre-trial order no later than June 25, 2018. Doc. 13. No motions have been filed and no proposed pre-trial order has been presented. The parties are, therefore, **DIRECTED** to confer and submit the proposed order within seven days of the date of this Order, or show cause why this case should not be dismissed on abandonment grounds. *See* Fed. R. Civ. P. 41.

**SO ORDERED**, this  9th  day of July, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA